**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **DOMINIQUE GRIFFIN** | * |
| *Plaintiff* | * |
| | * |
| v. | *   Case No.: RWT 11-2461 |
| | * |
| **RANDALL CLARK** | * |
| *Defendant* | * |
| | * |

## ORDER

Plaintiff Dominique Griffin, proceeding *pro se*, filed a complaint against Defendant Randall Clark alleging assault, battery, false imprisonment, and intentional infliction of emotional distress. *See* ECF No. 1. On January 1, 2013, Defendant filed a motion to compel after Plaintiff repeatedly failed to respond to Defendant's interrogatories and requests for production of documents. *See* ECF No. 31. On February 9, 2013, this Court granted the motion to compel, ordered Plaintiff to respond to Defendant's discovery requests, and directed Plaintiff to show cause why she should not be required to pay the reasonable expenses incurred by Defendant in making the motion to compel. *See* ECF No. 34. This Court explicitly warned Plaintiff that failure to comply with the Order might result in the imposition of sanctions, including dismissal of her case. *Id.*

On April 12, 2013, Defendant filed a Motion for Sanctions, to Dismiss, or, in the alternative, for Summary Judgment, based on Plaintiff's continued refusal to respond to Defendant's discovery requests and failure to show cause why she should not be sanctioned. *See* ECF No. 37. To date, Plaintiff has not complied with the Court's February 8, 2013 Order. Nor has she filed any response to Defendant's most recent Motion to Dismiss. In short, Plaintiff has completely stopped participating in any meaningful fashion in this action.

Federal Rule of Civil Procedure 37(b) provides for sanctions when a Plaintiff ignores a court's order. These sanctions include, among other things, dismissing the action in its entirety. *See* Fed. R. Civ. P. 37(b)(2)(A)(v). Rule 37 also authorizes a court to order the noncompliant party to pay the reasonable expenses incurred by the other side as a result of the noncompliance. *See* Fed. R. Civ. P. 37(b)(2)(C). Accordingly, it is, this 1st day of May, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Sanctions, to Dismiss, or, in the alternative, for Summary Judgment [ECF No. 37] is **GRANTED**; and it is further

**ORDERED**, Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that the Clerk shall **CLOSE** the case; and it is further

**ORDERED**, that Defendant is authorized to submit an affidavit in support of his costs and fees incurred in bringing his Motion to Compel [ECF No. 30]; and it is further

**ORDERED**, that the Clerk is directed to **MAIL** a copy of this Order to the Plaintiff.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
